**No. D-2473. In the Matter of Discipline of Jacob J. Amato, Jr.**

561 U.S. 1004, 130 S. Ct. 3497, 177 L. Ed. 2d 1084, 2010 U.S. LEXIS 5223.

June 21, 2010. Jacob J. Amato, Jr., of Gretna, Louisiana, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-

quiring him to show cause why he should not be disbarred from the practice of law in this Court.